J. VERNON SMITHWICK v. COLONIAL PINE COMPANY, INC.

(Filed 17 September, 1930.)

APPEAL by defendant from *Small, J.,* at February Term, 1930, of BERTIE.

Civil action to recover damages for an alleged negligent injury caused by a collision between the automobile in which plaintiff was riding and the defendant's truck, which was negligently parked on the highway.

From a judgment overruling a demurrer, the defendant appeals, assigning error.

*J. H. Matthews for plaintiff.*
*S. L. Arrington for defendant.*

PER CURIAM. This is a companion case to *Smithwick v. Colonial Pine Company, ante,* 431, the two arising out of the same collision, and are controlled by the same principles of law.

Affirmed.